**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 17 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> APPLE INC., <br> Defendant. | Case No. 2:13-cv-258-RSP |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. As used herein, "MTel" means Mobile Telecommunications Technologies, LLC. As used herein, "Apple" means Apple Inc.

We, the jury, unanimously agree to the answers to the following questions:

## I. INFRINGEMENT

In answering Questions below, answer "Yes" or "No" for each listed asserted claim in the space provided.

**Question No. 1:** Do you find that MTel has proven by a preponderance of the evidence that Apple directly infringes any of the following asserted claims of the **'946 Patent**?

Claim 1: Yes ✓ No ___

Claim 8: Yes ✓ No ___

**Question No. 2:** Do you find that MTel has proven by a preponderance of the evidence that Apple directly infringes the following asserted claim of the **'428 Patent**?

Claim 8: Yes ✓ No ___

**Question No. 3:** Do you find that MTel has proven by a preponderance of the evidence that Apple directly infringes any of the following asserted claims of the **'506 Patent**?

Claim 8: Yes ___ No ✓

Claim 10: Yes ___ No ✓

Claim 19: Yes ___ No ✓

**Question No. 4A:** Do you find that MTel has proven by a preponderance of the evidence that Apple **directly** infringes the following asserted claim of the **'403 Patent**?

Claim 1: Yes ✓ No ___

**Question No. 4B:** Do you find that MTel has proven by a preponderance of the evidence that Apple **indirectly** infringes the following asserted claim of the '403 Patent?

        Claim 1:     Yes __✓__     No _____

**Question No. 5A:** Do you find that MTel has proven by a preponderance of the evidence that Apple **directly** infringes the following asserted claim of the '891 Patent?

        Claim 1:     Yes __✓__     No _____

**Question No. 5B:** Do you find that MTel has proven by a preponderance of the evidence that Apple **indirectly** infringes the following asserted claim of the '891 Patent?

        Claim 1:     Yes __✓__     No _____

**Question No. 6A:** Do you find that MTel has proven by a preponderance of the evidence that Apple **directly** infringes the following asserted claim of the '210 Patent?

        Claim 10:    Yes __✓__     No _____

**Question No. 6B:** Do you find that MTel has proven by a preponderance of the evidence that Apple **indirectly** infringes the following asserted claim of the '210 Patent?

        Claim 10:    Yes __✓__     No _____

NOTE: YOU MUST ANSWER EACH QUESTION IN THE FOLLOWING SECTION II REGARDLESS OF YOUR ANSWERS TO THE QUESTIONS IN SECTION I:

## II. VALIDITY

In answering the Questions below, answer "Yes" or "No" for each listed asserted claim in the space provided

**Question No. 7:** Do you find that Apple has proven by clear and convincing evidence that any of the following asserted claims of the **'946 Patent** are invalid by anticipation?

        **Claim 1:**    Yes _____    No  ✓ 

        **Claim 8:**    Yes _____    No  ✓ 

**Question No. 8:** Do you find that Apple has proven by clear and convincing evidence that the following asserted claim of the **'428 Patent** is invalid by anticipation?

        **Claim 8:**    Yes _____    No  ✓ 

**Question No. 9:** Do you find that Apple has proven by clear and convincing evidence that any of the following asserted claims of the **'506 Patent** are invalid by anticipation or obviousness?

        **Claim 8:**    Yes _____    No  ✓ 

        **Claim 10:**    Yes _____    No  ✓ 

        **Claim 19:**    Yes _____    No  ✓ 

**Question No. 10:** Do you find that Apple has proven by clear and convincing evidence that the following asserted claim of the **'403 Patent** is invalid by anticipation?

        **Claim 1:**    Yes _____    No ✓

**Question No. 11:** Do you find that Apple has proven by clear and convincing evidence that the following asserted claim of the **'891 Patent** is invalid by anticipation?

        **Claim 1:**    Yes _____    No ✓

**Question No. 12:** Do you find that Apple has proven by clear and convincing evidence that the following asserted claim of the **'210 Patent** is invalid by anticipation?

        **Claim 10:**    Yes _____    No ✓

**Question No. 13:** Do you find that Apple has proven by clear and convincing evidence that the **'210 Patent** is invalid based on improper inventorship?

        Yes _____    No ✓

NOTE: ANSWER THE FOLLOWING TWO QUESTIONS IN SECTION III AND IV BELOW ONLY IF YOU FOUND AT LEAST ONE CLAIM LISTED IN SECTION I DIRECTLY OR INDIRECTLY INFRINGED AND FOUND THAT CLAIM NOT INVALID IN SECTION II; OTHERWISE DO NOT ANSWER THESE QUESTIONS.

III. **DAMAGES**

Question No. 14: What sum of money, if paid now in cash, do you find is adequate to compensate MTel for the conduct you found to infringe?

Damages: $ 23.575 million

IV. **WILLFUL INFRINGEMENT**

Question No. 15: Do you find that MTel has proven by clear and convincing evidence that Apple willfully infringed the following patents?

'946 patent:   Yes _____   No ✓

'428 patent:   Yes _____   No ✓

'506 patent:   Yes _____   No ✓

'403 patent:   Yes _____   No ✓

'891 patent:   Yes _____   No ✓

'210 patent:   Yes _____   No ✓

I certify that the foregoing answers each represent the unanimous decision of the trial jury.

Date: 11-17-2014

6