**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, <br>                  Plaintiff, <br> v. <br><br> APPLE INC., <br><br>                  Defendant. | § § § § § § § § § | Case No. 2:13-cv-258-RSP |

## **JUDGMENT**

This matter having come before the Court for trial by jury on November 10, 2014, and the jury having rendered a unanimous verdict on November 17, 2014 (Dkt. No. 65),

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Defendant Apple, Inc. is found to have unlawfully infringed Claims 1 and 8 of United States Patent No. 5,754,946 ("the '946 Patent"), Claim 8 of United States Patent No. 5,809,428 ("the '428 Patent"), Claim 1 of United States Patent No. 5,590,403 ("the '403 Patent"), Claim 1 of United States Patent No. 5,659,891 ("the '891 Patent"), and Claim 10 of United States Patent No. 5,915,210 ("the '210 Patent");

2. Defendant Apple, Inc. is found not to have infringed Claims 8, 10 and 19 of United States Patent No. 5,894,506 ("the '506 Patent");

3. Claims 1 and 8 of the '946 Patent, Claim 8 the '428 Patent, Claim 1 of the '403 Patent, Claim 1 of the '891 Patent, Claim 10 of the '210 Patent, and Claims 8, 10 and 19 of the '506 Patent are found not invalid;

4.  Mobile Telecommunications Technologies, LLC is hereby awarded damages against Apple, Inc. for Apple, Inc.'s infringement of the foregoing patents in the amount of $23,575,000.00 in the form of a lump-sum royalty.

5.  Mobile Telecommunications Technologies, LLC is further awarded pre-judgment interest, post-judgment interest, and costs.

**SIGNED this 20th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE